**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 00-7428**

In Re: WALLACE MITCHELL,

                                        Petitioner.

On Petition for a Writ of Habeas Corpus Ad Testificandum.
(CA-95-840, CA-96-3182, CA-97-1405, CA-97-1915)

Submitted:  December 14, 2000     Decided:  December 22, 2000

Before WIDENER, WILKINS, and TRAXLER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Wallace Mitchell, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Wallace Mitchell petitions this court for a writ of habeas corpus ad testificandum. We grant Mitchell's motion for leave to proceed in forma pauperis. We have reviewed the petition and the record and deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials and argument would not aid the decisional process.

PETITION DENIED

2